UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| YANEVA, MILENA | § | Case No. 12-50253 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKR. CT
        219 S. DEARBORN STREET
        7TH FLOOR
        CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/28/2014 in Courtroom 682,
        United States Courthouse
        219 South Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2014          By: /s/ Andrew J. Maxwell
                                                                     Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
        §
YANEVA, MILENA    §    Case No. 12-50253
        §
    Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,811.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 3,791.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 952.75 | $ 0.00 | $ 952.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 952.75 |
| Remaining Balance | $ 2,838.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,973.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (METRIS) | $ 552.54 | $ 0.00 | $ 37.36 |
| 000002 | Quantum3 Group LLC as agent for | $ 3,996.83 | $ 0.00 | $ 270.26 |
| 000003 | Cavalry SPV II, LLC | $ 2,024.84 | $ 0.00 | $ 136.92 |
| 000004 | Cavalry SPV I, LLC | $ 5,273.96 | $ 0.00 | $ 356.62 |
| 000005 | Toyota Motor Credit Corporation | $ 10,118.85 | $ 0.00 | $ 684.23 |
| 000006 | VON MAUR | $ 200.00 | $ 0.00 | $ 13.53 |
| 000007 | American Express Centurion Bank | $ 1,299.28 | $ 0.00 | $ 87.86 |
| 000008 | American InfoSource LP as agent for | $ 1,318.28 | $ 0.00 | $ 89.14 |
| 000009 | American InfoSource LP as agent for | $ 5,546.13 | $ 0.00 | $ 375.03 |
| 000010 | American InfoSource LP as agent for | $ 11,643.10 | $ 0.00 | $ 787.30 |

Total to be paid to timely general unsecured creditors       $    2,838.25

Remaining Balance                                            $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell  
                               Trustee

*ANDREW J. MAXWELL, TRUSTEE*  
*105 W. Adams*  
*SUITE 3200*  
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                   Case No. 12-50253-JBS
Milena Yaneva                                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 2               Date Rcvd: Jul 25, 2014
                              Form ID: pdf006            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
```
db          #+Milena Yaneva,    8425 W Gregory St,    Apt 102,    Chicago, IL 60656-1245
22024603     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19853670    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19853672    +Atg Credit Llc,    1043 W. Grandville,    Chicago, IL 60660-2152
21681326    +Atlas Acquisitions LLC (METRIS),    294 Union St.,    Hackensack, NJ 07601-4303
19853673   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
19853675   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19853678    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19853677    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
19853679    +Chase-Cha,    Po Box 7090,    Mesa, AZ 85216-7090
19853680    +Comenity Bank/Mdchoice,    Po Box 182789,    Columbus, OH 43218-2789
19853681    +Comenity Bank/Roomplce,    Po Box 182789,    Columbus, OH 43218-2789
19853682    +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
19853684    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
19853685    +Frstbank,    11781 S. Lone Peak Pkwy #135,    Draper, UT 84020-6413
19853686    +Futre Financ,    15859 S Ridgeland Suite D,    Oak Forest, IL 60452-2782
19853693    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
19853694    +Hsbc Nv,    Po Box 5253,    Carol Stream, IL 60197-5253
19853695    +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
19853696    +Hsbc/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
19853698    +Mage & Price,    707 Lake Cook Road Suite 314,    Deerfield, IL 60015-4933
19853699    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19853700    +Midamerica,    2901 Butterfield Road,    Oak Brook, IL 60523-1106
19853702    +Paragon Way Inc,    2101 W Ben White Blvd,    Austin, TX 78704-7516
19853703    +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-5442
19853704    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19853705    +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
19853706    +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
19973820     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19853707    +Turner Accep,    5900 W Howard Stre,    Skokie, IL 60077-2627
19853708   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Po Box 790084,    Saint Louis, MO 63179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22034863     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2014 20:00:58
              American InfoSource LP as agent for,    Asset Acceptance,    as assignee of GEMB - THE GAP,
              PO Box 248838,    Oklahoma City, OK  73124-8838
22035008     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2014 20:00:57
              American InfoSource LP as agent for,    Asset Acceptance,
              as assignee of GEMB - CARE CREDIT COSMET,    PO Box 248838,    Oklahoma City, OK  73124-8838
22034866     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2014 20:00:57
              American InfoSource LP as agent for,    Asset Acceptance,    as assignee of WFNNB / MEDCHOICE,
              PO Box 248838,    Oklahoma City, OK  73124-8838
19853671    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 25 2014 19:58:32     Asset Acceptance Llc,
              Po Box 1630,    Warren, MI 48090-1630
19990182    +E-mail/Text: bnc@atlasacq.com Jul 25 2014 19:57:43     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
19853676    +E-mail/Text: bankruptcy@cavps.com Jul 25 2014 19:59:18     Cavalry Portfolio Serv,
              500 Summit Lake Dr,    Valhalla, NY 10595-2322
21743491    +E-mail/Text: bankruptcy@cavps.com Jul 25 2014 19:59:18     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
21743459    +E-mail/Text: bankruptcy@cavps.com Jul 25 2014 19:59:18     Cavalry SPV II, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
19853683    +E-mail/Text: bankruptcy@firstelectronicbankusa.com Jul 25 2014 20:00:08      Feb/Frys,
              280 W 10200 S Ste 200,    Sandy, UT 84070-4267
19853687    +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2014 20:02:04     Gecrb/Care Credit,
              950 Forrer Blvd,    Kettering, OH 45420-1469
19853688    +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2014 20:00:28     Gecrb/Gap,    Po Box 965005,
              Orlando, FL 32896-5005
19853689     E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2014 20:04:15     Gecrb/Jcp,    Po Box 984100,
              El Paso, TX 79998
19853690    +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2014 20:04:16     Gecrb/Walmart,    Po Box 965024,
              Orlando, FL 32896-5024
19853691    +E-mail/Text: bk@gafco.net Jul 25 2014 19:58:41     Great American Finance,
              20 N Wacker Dr Ste 2275,    Chicago, IL 60606-1294
19853692    +E-mail/Text: bankruptcy@hraccounts.com Jul 25 2014 19:57:50     H & R Accounts Inc,
              7017 John Deere Pkwy,    Moline, IL 61265-8072
19853697    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 25 2014 19:57:51     Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19853701    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 25 2014 19:58:38     Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
```

```
District/off: 0752-1          User: kseldon              Page 2 of 2                  Date Rcvd: Jul 25, 2014
                              Form ID: pdf006            Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21713001         E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2014 19:58:24
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21959513        +E-mail/Text: bankruptcy@hraccounts.com Jul 25 2014 19:57:50      VON MAUR,
                 C/O H AND R ACCOUNTS, INC,   PO BOX 672,    MOLINE, IL 61266-0672
                                                                                             TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19853674*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
21910128*       Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19853709*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Makedonski    on behalf of Debtor Milena  Yaneva info@teamlegalchicago.com,
               teamlegalbk@gmail.com
                                                                                             TOTAL: 3
```