**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YANEVA, MILENA | § | Case No. 12-50253 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 900.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,900.00 |
| Total Distributions to Claimants: 2,838.25 | Claims Discharged<br>Without Payment: 102,196.56 |
| Total Expenses of Administration: 972.75 | |

3) Total gross receipts of $ 3,811.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,811.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 972.75 | 972.75 | 972.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,061.00 | 41,973.81 | 41,973.81 | 2,838.25 |
| **TOTAL DISBURSEMENTS** | $ 63,061.00 | $ 42,946.56 | $ 42,946.56 | $ 3,811.00 |

4) This case was originally filed under chapter 7 on 12/26/2012 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2014 By:/s/ANDREW J. MAXWELL, TRUSTEE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1110-000 | 3,811.00 |
| **TOTAL GROSS RECEIPTS** | | $3,811.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 952.75 | 952.75 | 952.75 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 972.75 | $ 972.75 | $ 972.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 1,299.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | 11,344.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | 5,457.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | 1,634.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | 1,281.00 | NA | NA | 0.00 |
| | Atg Credit Llc 1043 W. Grandville Chicago, IL 60660 | | 4,117.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 1,617.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cavalry Portfolio Serv 500 Summit Lake Dr Valhalla, NY 10595 | | 4,988.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase-Cha Po Box 7090 Mesa, AZ 85216 | | 8,490.00 | NA | NA | 0.00 |
| | Comenity Bank/Mdchoice Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Roomplce Po Box 182789 Columbus, OH 43218 | | 4,042.00 | NA | NA | 0.00 |
| | Credit First N A 6275 Eastland Rd Brookpark, OH 44142 | | 0.00 | NA | NA | 0.00 |
| | Feb/Frys 280 W 10200 S Ste 200 Sandy, UT 84070 | | 1,989.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frstbank 11781 S. Lone Peak Pkwy #135 Draper, UT 84020 | | 1,989.00 | NA | NA | 0.00 |
| | Futre Financ 15859 S Ridgeland Suite D Oak Forest, IL 60452 | | 0.00 | NA | NA | 0.00 |
| | Futre Financ 15859 S Ridgeland Suite D Oak Forest, IL 60452 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Care Credit 950 Forrer Blvd Kettering, OH 45420 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Gap Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Walmart Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Great American Finance 20 N Wacker Dr Ste 2275 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | H & R Accounts Inc 7017 John Deere Pkwy Moline, IL 61265 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Nv Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Bsbuy Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Bstby Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,835.00 | NA | NA | 0.00 |
| | Mage & Price 707 Lake Cook Road Suite 314 Deerfield, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 2,331.00 | NA | NA | 0.00 |
| | Midamerica 2901 Butterfield Road Oak Brook, IL 60521-1101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 4,390.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,077.00 | NA | NA | 0.00 |
| | Paragon Way Inc 2101 W Ben White Blvd Austin, TX 78704 | | 1,848.00 | NA | NA | 0.00 |
| | Security Credit Servic 2653 W Oxford Loop Oxford, MS 38655 | | 552.00 | NA | NA | 0.00 |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 993.00 | NA | NA | 0.00 |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | 617.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | Turner Accep 5900 W Howard Stre Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Us Bank Hogan Loc Po Box 5227 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Po Box 790084 Saint Louis, MO 63179 | | 971.00 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,299.28 | 1,299.28 | 87.86 |
| 000010 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 11,643.10 | 11,643.10 | 787.30 |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 5,546.13 | 5,546.13 | 375.03 |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,318.28 | 1,318.28 | 89.14 |
| 000001 | ATLAS ACQUISITIONS LLC (METRIS) | 7100-000 | NA | 552.54 | 552.54 | 37.36 |
| 000004 | CAVALRY SPV I, LLC | 7100-000 | NA | 5,273.96 | 5,273.96 | 356.62 |
| 000003 | CAVALRY SPV II, LLC | 7100-000 | NA | 2,024.84 | 2,024.84 | 136.92 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 3,996.83 | 3,996.83 | 270.26 |
| 000005 | TOYOTA MOTOR CREDIT CORPORATION | 7100-000 | NA | 10,118.85 | 10,118.85 | 684.23 |
| 000006 | VON MAUR | 7100-000 | NA | 200.00 | 200.00 | 13.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 63,061.00 | $ 41,973.81 | $ 41,973.81 | $ 2,838.25 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Case No: 12-50253 JBS Judge: JACK B. SCHMETTERER
Case Name: YANEVA, MILENA

For Period Ending: 10/15/14

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c): 12/26/12 (f)
341(a) Meeting Date: 02/14/13
Claims Bar Date: 06/18/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TCF Checking Account | 300.00 | 300.00 | | 0.00 | FA |
| 2. Bedroom set, television, sofa, computer, table, ch | 1,500.00 | 600.00 | | 0.00 | FA |
| 3. clothing Location: 8425 W Gregory St Apt 102, Chic | 500.00 | 0.00 | | 0.00 | FA |
| 4. 2001 Mercedes ML 320 80k miles Location: 8425 W Gr | 5,500.00 | 0.00 | | 0.00 | FA |
| 5. TAX REFUND (u) | 0.00 | 0.00 | | 3,811.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $7,800.00 | $900.00 | | $3,811.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

finally obtained the tax refund on 4-23-14; claims period runs in June 2014, then will be ready for TFR in July
Tax refund non exempt
Filed Asset notice- TFR FILED 7/24/14; approved 8/28/14
TDR IN PROCESS 10/14

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-50253 -JBS
Case Name: YANEVA, MILENA

Taxpayer ID No: *******9679
For Period Ending: 10/15/14

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8611 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/24/14 | 5 | MILENA YANEVA | TAX RETURNS | 1110-000 | 3,811.00 | | 3,811.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,801.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,791.00 |
| 09/02/14 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>o/c 8/2/14 | 2100-000 | | 952.75 | 2,838.25 |
| 09/02/14 | 010002 | Atlas Acquisitions LLC (METRIS)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Final Payment<br>c/o 8/28/14 | 7100-000 | | 37.36 | 2,800.89 |
| 09/02/14 | 010003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Final Payment<br>c/o 8/28/14 | 7100-000 | | 270.26 | 2,530.63 |
| 09/02/14 | 010004 | Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000003, Final Payment<br>c/o 8/28/14 | 7100-000 | | 136.92 | 2,393.71 |
| 09/02/14 | 010005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000004, Final Payment<br>c/o 8/28/14 | 7100-000 | | 356.62 | 2,037.09 |
| 09/02/14 | 010006 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Final Payment<br>c/o 8/28/14 | 7100-000 | | 684.23 | 1,352.86 |
| 09/02/14 | 010007 | VON MAUR<br>C/O H AND R ACCOUNTS, INC<br>PO BOX 672<br>MOLINE, IL 61265 | Claim 000006, Final Payment<br>c/o 8/28/14 | 7100-000 | | 13.53 | 1,339.33 |
| 09/02/14 | 010008 | American Express Centurion Bank | Claim 000007, Final Payment | 7100-000 | | 87.86 | 1,251.47 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 3,811.00 | 2,559.53 |

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-50253 -JBS
Case Name: YANEVA, MILENA

Taxpayer ID No: *******9679
For Period Ending: 10/15/14

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8611 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | c/o 8/28/14 | | | | |
| 09/02/14 | 010009 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of GEMB - THE GAP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000008, Final Payment<br>c/o 8/28/14 | 7100-000 | | 89.14 | 1,162.33 |
| 09/02/14 | 010010 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of WFNNB / MEDCHOICE<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000009, Final Payment<br>c/o 8/28/14 | 7100-000 | | 375.03 | 787.30 |
| 09/02/14 | 010011 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of GEMB - CARE CREDIT COSMET<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000010, Final Payment<br>c/o 8/28/14 | 7100-000 | | 787.30 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 3,811.00 | 3,811.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,811.00 | 3,811.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,811.00 | 3,811.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8611 | 3,811.00 | 3,811.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 3,811.00 | 3,811.00 | 0.00 |
| | ============== | ============== | ============== |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,251.47 |

Ver: 18.01

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-50253 -JBS
Case Name: YANEVA, MILENA

Taxpayer ID No: *******9679
For Period Ending: 10/15/14

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8611 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | | | 0.00 | 0.00 | |

Ver: 18.01